# EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES

Case No.:   8:23-cv-00385-JWH-ADS
Case Name: *Honeywell International Inc. v. CalMat Co. et al.*

| Event | Plaintiff's Request | Defendants' Request | Court's Order |
|---|---|---|---|
| Parties File Proposed Protective Order and ESI Order | June 13, 2025 | June 13, 2025 | |
| Close of Fact Discovery (including hearing all fact discovery motions) | August 28, 2026 | N/A | |
| Plaintiff's Affirmative Expert Disclosures | September 25, 2026 | September 25, 2026 | |
| Defendants' Responsive Expert Disclosures | November 6, 2026 | November 6, 2026 | |
| Plaintiff's Rebuttal Expert Disclosures | December 11, 2026 | December 11, 2026 | |
| Close of Expert Discovery (including hearing all expert discovery motions) | April 16, 2027 | N/A | |
| All Discovery Cut-Off (including hearing all discovery motions) | N/A | June 25, 2027 | |
| Last Date to Conduct Settlement Conference | April 30, 2027 | April 30, 2027 | |

| Event | Plaintiff's Request | Defendants' Request | Court's Order |
|---|---|---|---|
| Last Date to Hear Non-Discovery Motions, including *Daubert* Motions | July 16, 2027 | July 16, 2027 | |
| Last Date to Hear Motions *in Limine* | August 20, 2027 | August 20, 2027 | |
| Final Pretrial Conference [L.R. 16] | August 27, 2027 | August 27, 2027 | |
| Bench Trial | September 13, 2027<br>Time: 9:00 AM<br>Length: 10-20 days | September 13, 2027<br>Time: 9:00 AM<br>Length: 10-20 days | |

ADR [L.R. 16-15] Settlement Choice: Private Mediation