**ARNOLD & PORTER KAYE SCHOLER LLP**
S. Zachary Fayne (SBN 307288)
Sachary.Fayne@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  415.471.3100

Tyler L. Burgess (SBN 308701)
tyler.burgess@arnoldporter.com
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone:  202.942.5000

Attorneys for Plaintiff
HONEYWELL INTERNATIONAL INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., a Delaware Corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>CALMAT CO. d/b/a VULCAN MATERIALS COMPANY, WESTERN DIVISION, a Delaware Corporation; LOS ANGELES BY-PRODUCTS COMPANY, a California Corporation,<br><br>     Defendants. | Civil Action No. 8:23-cv-385 (JWH/ADS)<br><br>**JOINT STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

1   WHEREAS, pursuant to the Court's direction at the Case Management
2   Conference in this matter on May 16, 2025 and in the Scheduling Order at page 3,
3   counsel for the parties have met and conferred regarding a briefing schedule for the
4   parties' Summary Judgment or Summary Adjudication Motions ("Summary Judgment
5   Motions"), Opposition Briefs to Summary Judgment Motions ("Oppositions"), and
6   Reply Briefs to Summary Judgment Motion ("Replies") for this matter; and

WHEREAS, the parties have agreed to a briefing schedule for the Motions;

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES THAT:

Subject to Court approval, the deadline for parties to file Motions for Summary Judgment is May 7, 2027.  The deadline for parties to file Oppositions is June 11, 2027.  The deadline to for parties to file Replies is July 2, 2027.

Dated:  October 31, 2025        Respectfully submitted,

/s/   S. Zachary Fayne
S. Zachary Fayne (CA Bar No. 307288)
zachary.fayne@arnoldporter.com
Tyler L. Burgess (CA Bar No. 308701)
tyler.burgess@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: 415-471-3100

*Attorneys for Honeywell International Inc.*

| | | |
|---|---|---|
| 1 | Dated: October 31, 2025 | /s/  *Edward Lewis* |
| 2 | | Edward Lewis (admitted *pro hac vice*) |
| | | eddie.lewis@nortonrosefulbright.com |
| 3 | | Elizabeth Weaver (CA Bar No. 123764) |
| | | elizabeth.weaver@nortonrosefulbright.com |
| 4 | | William Troutman (CA Bar No. 246425) |
| | | william.troutman@nortonrosefulbright.com |
| 5 | | Brittany Covert (admitted *pro hac vice*) |
| | | brittany.covert@nortonrosefulbright.com |
| 6 | | **NORTON ROSE FULBRIGHT US LLP** |
| | | 555 South Flower Street, Forty-First Floor |
| 7 | | Los Angeles, CA  90071 |
| 8 | | Tel:  213-892-9208 |
| 9 | | *Attorneys for CalMat Co.* |
| 10 | | |
| 11 | Dated: October 31, 2025 | /s/   *Brian D. Cronin* |
| | | Brian D. Cronin (CA Bar No. 317209) |
| 12 | | bcronin@pnbd.com |
| | | **PRENOVOST, NORMANDIN, DAWE &** |
| 13 | | **ROCHA, APC** |
| | | 2122 N. Broadway, Suite 200 |
| 14 | | Santa Ana, CA 92706 |
| | | Tel: (714) 547-2444 |
| 15 | | |
| 16 | | *Attorney for Los Angeles By-Products Company* |

- 2 -
JOINT STIPULATION

## ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *S. Zachary Fayne*

S. Zachary Fayne