# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALMAT CO. d/b/a VULCAN MATERIALS COMPANY, WESTERN DIVISION, a Delaware Corporation; LOS ANGELES BY-PRODUCTS COMPANY, a California Corporation,<br><br>Defendants. | Civil Action No. 8:23-cv-385 (JWH/ADS)<br><br>**ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

The Court has reviewed the parties' Joint Stipulation and Proposed Order Regardiing Summary Judgment Briefing Schedule. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Stipulation is **APPROVED**.
2. The deadline for the parties to file Summary Judgment or Summary Adjudication Motions ("Summary Judgment Motions") is May 7, 2027.
3. The deadline for the parties to file Opposition Briefs to Summary Judgment Motions is June 11, 2027.
4. The deadline to for the parties to file Reply Briefs to Summary Judgment Motions is July 2, 2027.
5. Summary Judgment Motions shall be set for hearing on July 16, 2027, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:   October 31, 2025

John W. Ho com
UNITED STATES DISTRICT JUDGE