# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., a Delaware Corporation,<br><br>                      Plaintiff,<br><br>   v.<br><br>CALMAT CO. d/b/a VULCAN MATERIALS COMPANY, WESTERN DIVISION, a Delaware Corporation; LOS ANGELES BY-PRODUCTS COMPANY, a California Corporation,<br><br>                    Defendants. | Case No. 8:23-cv-00385-JWH-ADS<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>Hon. John W. Holcomb |

AMENDED SCHEDULING ORDER

Having considered the Parties' Stipulated Motion to Amend the Scheduling Order, and good cause appearing therefor under Rule 16(b)(4) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** as follows:

1.      The Stipulated Motion is **GRANTED**.

2.      The Scheduling Order (ECF Nos. 50, 55) is **AMENDED** as follows:

| EVENT | NEW DATE/DEADLINE |
|---|---|
| Bench Trial (10 days) | Monday, June 12, 2028, at 9:00 a.m. |
| Final Pretrial Conference | Friday, May 26, 2028, at 1:00 p.m. |
| Hearing on Motions *In Limine* | Friday, May 19, 2028, at 9:00 a.m. |
| Last Date to Hear Dispositive Motions (Friday at 9:00 a.m.) | Friday, April 14, 2028, at 9:00 a.m. |
| Deadline to File Summary Judgment Motions | Friday, February 4, 2028 |
| Deadline to File Opposition Briefs to Summary Judgment Motions | Friday, March 10, 2028 |
| Deadline to File Reply Briefs to Summary Judgment Motions | Friday, March 31, 2028 |
| Last Date to Conduct Settlement Conference | Friday, January 28, 2028 |
| Expert Disclosure (Rebuttal) | Friday, September 10, 2027 |
| Expert Disclosure (Responsive) | Friday, August 6, 2027 |
| Expert Disclosure (Initial) | Friday, June 25, 2027 |
| Close of Expert Discovery | Friday, January 14, 2028 |
| Close of Fact Discovery | Friday, May 28, 2027 |

**IT IS SO ORDERED.**

Dated: _____ July 22, 2026 _____

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

- 2 -
AMENDED SCHEDULING ORDER